**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 420 MAL 2018

:

Respondent      :

:    Petition for Allowance of Appeal from

:    the Order of the Superior Court

v.      :

:

:

YVONNE DONNA GOOSEBY-BYRD,      :

:

Petitioner      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.